UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VINCENT LOWMAN,

                        Plaintiff,

  -against-                                       9:06-CV-0422
                                                           (LEK/RFT)

KENNETH PERLMAN, *Superintendent
of Mid-State Correctional Facility,* GLENN
GOORD, *Commissioner of New York State
Department of Correctional Services,* DR.
RAMINENI, *Director of Administrator
Health Services*,

                        Defendants.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on August 4, 2008 by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 54). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Vincent Lowman, which were filed on August 8, 2008. Objections (Dkt. No. 55).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation

1

should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 54) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion for summary judgment (Dkt. No. 42) is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    August 29, 2008
                Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge